United States Bankruptcy Court for the:

Western District of Pennsylvania

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Tootsie's Diner, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-2342528 | |
| 4. **Debtor's address** | **Principal place of business** 701 5th Avenue Number   Street  Coraopolis   PA   15108 City    State   ZIP Code  Allegheny County County | **Mailing address, if different from principal place of business** 123 Camelot Circle Number   Street  P.O. Box Coraopolis   PA   15108 City    State   ZIP Code  **Location of principal assets, if different from principal place of business** Number   Street City    State   ZIP Code |
| 5. **Debtor's website** (URL) | | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  Tootsie's Diner, LLC _____    Case number (if known) _____
        Name

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.naics.com/search/ .
      7225

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☑ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check **all** that apply*:

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When _____ (MM/DD/YYYY)  Case number _____
            District _____  When _____ (MM/DD/YYYY)  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
             District _____  When _____ (MM/DD/YYYY)
             Case number, if known _____

Debtor __Tootsie's Diner, LLC_____   Case number (*if known*)_____
      Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
          Number    Street

    _____
    City    State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor  Tootsie's Diner, LLC _____  Case number (*if known*)_____
         Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/30/2024
              MM / DD / YYYY

✘ /s/ Coleen M. Baldwin                           Coleen M. Baldwin
Signature of authorized representative of debtor   Printed name

Title  Member

**18. Signature of attorney**

✘ /s/ Francis Corbett                             Date  04/30/2024
Signature of attorney for debtor                        MM / DD / YYYY

Francis Corbett
Printed name

Francis Corbett
Firm name

304 Ross Street Mitchell Building - 707
Number   Street

Pittsburgh                                        PA              15219
City                                              State           ZIP Code

(412) 456-1882                                    fcorbett@fcorbettlaw.com
Contact phone                                     Email address

37594                                             PA
Bar number                                        State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

American Express
P.O. Box 6031
Carol Stream, IL 60197-6031

Audi Finance
1401 Franklin Blvd.
Libertyville, IL 60048

AudiFinancial Services
P.O. Box 5215
Carol Stream, IL 60197-5215

Auto-Chlor System
1808 Parkway View Drive
Pittsburgh, PA 15239

CESC-Covid EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155

Christine-Lynne Bellevue, LLC
P.O. Box 10104
Pittsburgh, PA 15232

Coleen Baldwin
123 Camelot Circle
Coraopolis, PA 15108

Coleen M. Baldwin
123 Camelot Circle
Coraopolis, PA 15108

Columbia Gas
P.O. Box 70285
Philadelphia, PA 19176-0285

Coraopolis Community Development
923 5th Avenue
Coraopolis, PA 15108

Credit Key
145 S. Fairfax Avenue, 2nd Floor
Los Angeles, CA 90036

Duquesne Light Company
411 Seventh Avenue
Mail Drop 16-1
Pittsburgh, PA 15219

John A. Vassilaros & Sons, Inc.
18-13 41 Street
Astoria, NY 11105

KeyBank
Commercial Loan Department
P.O. Box 94525
Cleveland, OH 44101-4525

Mancini's Bakery
601 Woodward Avenue
McKees Rocks, PA 15136

SpotOn
100 California St., 9th Floor
San Francisco, CA 94111

U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416

U.S. Small Business Administration
Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155-2243

U.S. Small Business Administration
411 Seventh Avenue #1450
Pittsburgh, PA 15219

Wesbanco
Cardmember Services
P.O. Box 790408
St. Louis, MO 63179-0408

WesBanco
1 Bank Plaza
Wheeling, WV 26003

United States Bankruptcy Court

Western District of Pennsylvania

In re: Tootsie's Diner, LLC

Case No.

Chapter 7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/30/2024

/s/ Coleen M. Baldwin

Signature of Individual signing on behalf of debtor

Member

Position or relationship to debtor